IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN, ET AL.                :
                            :   CIVIL ACTION
    v.                      :
                            :   NO. 12-5534
DHARMESH, ET AL.            :

**ORDER**

AND NOW, this 15th day of January, 2013, upon consideration of Plaintiffs' Petition for Leave for Alternative Service (ECF No. 12), it is **ORDERED** that the Petition is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
R. BARCLAY SURRICK

1/15/13